# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 309
:
APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD : DOCKET

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of February, 2020, the Honorable Eugene F. Scanlon, Jr. (Ret.), Allegheny County, is hereby appointed to the Disciplinary Board for a term of seven years, commencing April 1, 2020.